## 64508. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. HOPPER.

BANKE, Judge.

In accordance with the recent case of *Allstate Ins. Co. v. Shuman,* 163 Ga. App. 313 (293 SE2d 868) (1982) (cert. pending), the judgment of the trial court is reversed. The case is remanded to the trial court with direction that the petition for declaratory judgment be reinstated.

*Reversed with direction. McMurray, P. J., and Birdsong, J., concur.*

DECIDED DECEMBER 1, 1982 —
REHEARING DENIED DECEMBER 16, 1982.

*Luhr G. C. Beckmann, Jr., Andrew J. Hill,* for appellant.
*Andrew W. Estes,* for appellee.